# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION :**<br><br> :<br><br> **OF** :<br><br> Barry J. Schindler :<br><br> :<br>TO BE ADMITTED TO THE UNITED :<br>STATES DISTRICT COURT FOR THE :<br>NORTHERN DISTRICT OF NEW YORK | **VERIFIED PETITION FOR**<br>**ADMISSION TO PRACTICE** |

## FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

_____Barry Schindler_____, being sworn, deposes and says:

1.   That I reside at 60 Hanover Road, Mountain Lakes, New Jersey, ~~New York~~ and

my office address is _200 Park Avenue, Florham Park, New Jersey_ , ~~New York~~.

2.   That I was admitted to practice in the courts of the State of New York on

_____February 8_____, _1989____, by the state Supreme Court, Appellate Division,
MONTH, DAY                          YEAR

___Second_____ Department.

3.   That I graduated from ___University of Houston_____ Law School on

_May_____, _1988_____, after having completed the required courses of study.
MONTH, DAY                          YEAR

4.   That I have never been held in contempt of court, censured, suspended or disbarred by any court.

5.   That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and general Orders for the Northern District of New York; and the N.Y.S. Lawyer's Code of Professional Responsibility and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that petitioner,

_____Barry J. Schindler_____, be admitted to practice before the Bar of
this Court.

_____
                                         Petitioner

Dated: ____November 5, 2010____

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

## STATE OF NEW YORK COUNTY OF New York

_Barry Schindler_____, being duly sworn, deposes and says that (s)he is the Petitioner in the above entitled proceeding, that (s)he has read the foregoing Petition and that it is true to his/her own knowledge.

Subscribed and sworn to before me

this ____5th____ day of ___November_____, ___2010___.

__Amy Kihm_____          __Amy Kihm_____
Signature / Notary Public                     Printed Name - Notary Public

                      AMY E. KIHM
                 Notary Public of New Jersey
My Commission expires on ___Commission Expires 3/12/2012___

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

**\*Please complete the attached Sponsor Affidavit and the attached Attorney E-Filing Registration form. You may contact the clerk's office or select a date from the attached judges' monthly motion schedule for your admission to the bar.**

**Attorney E- Filing Registration Form:** This will enable the clerk's office to assign you a bar roll number and password for access to our Electronic Case Filing System (ECF). Your bar roll number and password will allow you to electronically file documents, view and retrieve electronic docket sheets and documents and receive electronically court orders and notices for any action which you appear as attorney of record. You will also receive future mailings regarding new rules and other general court announcements via e-mail. **If your address should change, you must complete a new attorney e-filing registration form and promptly (within ten (10) days) of such change submit it to the Clerk.** (See Local Rule 83.1 (e))

Form Date: 10/10/03w:\attyadm\admpapers.wpd\esqreg.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
**PLEASE TYPE**

This form is used for creating new accounts (**Newly Admitted Attorneys Only**) on the Court's Electronic Case Filing System(ECF).

First Name: Barry                    Middle Name: J

Last Name: Schindler                 If appropriate, check one:  Sr.☐   Jr.☐   II☐   III☐

Firm Name: Greenberg Traurig, LLP

Firm Address: 200 Park Ave

City: Florham Park    State: NJ State    Zip Code 07932

Firm Phone Number: (973) 360-7900    Direct Dial Number: (973) 360-7944

Fax Number: (973) 301-8410    Internet E-Mail Address: schindlerb@gtlaw.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:   ☐ PERMANENT   ☑ PRO-HAC VICE - Case Number Required: 5:10-cv-1140

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures.  I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature:

Date: 10/28/2010

| COURT USE ONLY |
| --- |
| Assigned Bar Roll # _____ |
| Receipt # _____ |
| Date of Admission: ____/____/_____ |
| Revised: ____/____/_____ By: _____ |

5/2006

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br><br>Barry J. Schindler )<br><br><br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK ) | **ORDER** |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____ Barry Schindler _____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
 _5:10-cv-1140_ _____.

IT IS SO ORDERED

Dated : _____

☒ U.S. District Judge
☐ U.S. Magistrate Judge



# Appellate Division of the Supreme Court
## of the State of New York
### Second Judicial Department

———————

**I, Matthew G. Kiernan,**   Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that   **Barry Jay Schindler**   was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the  **8 th**   day of   **February 1989,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  October 29, 2010.

*Matthew G. Kiernan*

**Clerk of the Court**

AO 153 (Rev. 6/96)

| Name:  LAST, | FIRST | MI |
|---|---|---|
| Schindler | Barry | Jay |

**OATH ON ADMISSION**

I, __Barry J. Schindler__ , DO SOLEMNLY SWEAR
(OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF
THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORD-
ING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF
THE UNITED STATES.

| DATE: | SIGNATURE: | BAR I.D. NO. |
|---|---|---|
| 11/5/10 | | 2241362 |

| FIRM NAME | | TEL. NO. |
|---|---|---|
| Greenberg Traurig LLP | | 973-360-7944 |
| FIRM ADDRESS | | |
| 200 Park Avenue | | |
| CITY | STATE | ZIP CODE |
| Florham Park | NJ | 07932 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

ADMITTED ON MOTION OF: (Movant)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
PETITION OF BARRY SCHINDLER                         :
                                                    :
For Admission to the United States District Court   :       **AFFIDAVIT OF SPONSOR**
for the Northern District of New York               :
                                                    :
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ALBANY     )

      Stephen M. Buhr, being duly sworn deposes and says:

    1.     That I am Of Counsel to the law firm of Greenberg Traurig, LLP, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is 601828.

    2.     I make this affidavit in support of the admission, *pro hac vice*, of Barry Schindler.

    3.     Barry Schindler is a Shareholder with Greenberg Traurig and I have known him in that capacity. I believe him to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

                                      _____
                                            Sponsor

Sworn to before me this 9th
day of November, 2010

_____
Notary Public
240714349v1
                MARIA E. MALONEY
          Notary Public, State of New York
               No. 01MA6004757
            Qualified in Albany County
        Commission Expires Mar. 30, 20_14_