UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
:
DEFENSHIELD, INC.,                   :
:
            Plaintiff,        :   Case No.: 5:10-cv-01140
:   (GTS)(DEP)
      v.                             :
:   **NOTICE OF MOTION FOR**
FIRST CHOICE ARMOR & EQUIPMENT, INC.  :   **ADMISSION OF WILLIAM**
AND D-BACK ACQUISITION CO.,          :   **STROEVER** *PRO HAC VICE*
:
            Defendants.       :
------------------------------------X

      PLEASE TAKE NOTICE that, upon the following documents: Verified Petition for Admission to Practice, New Attorney E-Filing Registration Form, Proposed Order, Oath on Admission, Affidavit of Sponsor and Certificate of Good Standing, the undersigned moves this Court, pursuant to Local Civil Rule 83.1(d) of the Rules for the United States District Court, for an Order admitting William Stroever to the bar of this Court *pro hac vice* in order to permit him to appear as counsel for defendants First Choice Armor & Equipment, Inc. and D-Back Acquisition Co., in the above-captioned action.

Dated: Albany, New York
       November 29, 2010

                                     GREENBERG TRAURIG, LLP

                By:    /s/ Stephen M. Buhr
                       Stephen M. Buhr (Bar Roll No.: 601828)
                       54 State Street, 6th Floor
                       Albany, New York 12207
                       Tel:  (518) 689-1400
                       Fax: (518) 689-1499
                       Email: buhrs@gtlaw.com

                       *Attorneys for Defendants First Choice*
                       *Armor & Equipment, Inc., and D-Back*
                       *Acquisition Co.*

*227060487v1*