UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PETITION OF WILLIAM STROEVER         :
                                         :
For Admission to the United States District Court  :      **AFFIDAVIT OF SPONSOR**
for the Northern District of New York           :
                                         :
------------------------------------------------------------x

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF ALBANY   )

        Stephen M. Buhr, being duly sworn deposes and says:

        1.      That I am Of Counsel to the law firm of Greenberg Traurig, LLP, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is 601828.

        2.      I make this affidavit in support of the admission, *pro hac vice*, of William Stroever.

        3.      William Stroever is an Associate with Greenberg Traurig and I have known him in that capacity. I believe him to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

                                                         /s/ Stephen M. Buhr
                                                           Sponsor

Sworn to before me this 29th
day of November, 2010

_Linda L. Erickson_
Notary Public
227060481v1

                               LINDA L. ERICKSON
                        Notary Public, State of New York
                           No. 01ER6079015
                        Qualified in Albany County
                Commission Expires Aug. 12, 20 14

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION** :
                                     :

               **OF**                :

    William W. Stroever       :

TO BE ADMITTED TO THE UNITED     :
STATES DISTRICT COURT FOR THE   :
NORTHERN DISTRICT OF NEW YORK

**VERIFIED PETITION FOR**
**ADMISSION TO PRACTICE**

## FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

    William W. Stroever _____, being sworn, deposes and says:

**1.**    That I reside at   1263 Cedar Avenue, Mountainside, NJ 07092 ~~New York~~ and

my office address is  200 Park Avenue, Florham Park, NJ 07932   , ~~New York~~.

**2.**    That I was admitted to practice in the courts of the State of New Jersey ~~New York~~ on

_____July, 2_____, _2007___, by the state Supreme Court, Appellate Division,
MONTH, DAY             YEAR

_____ Department.

**3.**    That I graduated from   Boston College _____ Law School on

_____May_____, _2006___, after having completed the required courses of study.
MONTH, DAY             YEAR

**4.**    That I have never been held in contempt of court, censured, suspended or disbarred by any court.

**5.**    That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and general Orders for the Northern District of New York; and the N.Y.S. Lawyer's Code of Professional Responsibility and will faithfully adhere thereto.

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

# WILLIAM W. STROEVER

was duly admitted to practice in said Court as of JULY 2, 2007, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: November 10, 2010

WILLIAM  T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## NEW ATTORNEY E-FILING REGISTRATION FORM
### PLEASE TYPE

This form is used for creating new accounts (**Newly Admitted Attorneys Only**) on the Court's Electronic Case Filing System(ECF).

First Name: __William__   Middle Name: __Wallace__

Last Name: __Stroever__   If appropriate, check one: Sr. ☐   Jr. ☐   II ☐   III ☐

Firm Name: __Greenberg Traurig__

Firm Address: __200 Park Avenue__

City: __Florham Park__   State: __NJ__   Zip Code __07932__

Firm Phone Number: __973-360-7900__   Direct Dial Number: __973-443-3524__

Fax Number: __973-295-1291__   Internet E-Mail Address: __stroeverw@gtlaw.com__

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:   ☐ PERMANENT   ☒ PRO-HAC VICE - Case Number Required: __5:10-cv-01140 (GTS) (DEP)__

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: _____

Date: __4/23/10__

COURT USE ONLY
Assigned Bar Roll #
Receipt #
Date of Admission:
Revised:   By:

5/2006

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>)<br>)<br>WILLIAM W. STROEVER )<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, __William W. Stroever__ is hereby accepted for

☐    Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒    Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
__5:10-cv-01140 (GTS) (DEP)__

IT IS SO ORDERED

Dated : _____

 

                                        _____
                                        ☒ U.S. District Judge
                                        ☐ U.S. Magistrate Judge

AO 153 (Rev. 6/96)

| Name: LAST, | FIRST | MI |
|---|---|---|
| Stroever | William | Wallace |

## OATH ON ADMISSION

I,   William W. Stroever   , DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORD-ING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: | SIGNATURE: | BAR I.D. NO. |
|---|---|---|
| 6/25/10 | | |

| FIRM NAME | TEL. NO. |
|---|---|
| Greenberg Traurig | 973-443-3524 |

| FIRM ADDRESS |
|---|
| 200 Park Avenue |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Florham Park | NJ | 07932 |

### BELOW FOR OFFICE USE ONLY

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

ADMITTED ON MOTION OF:  (Movant)

**WHEREFORE** it is respectfully requested that this court order that petitioner,

_____William W. Stroever_____, be admitted to practice before the Bar of this Court.

_____
Petitioner

Dated: ___November 23, 2010_____

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

                NEW JERSEY
STATE OF ~~NEW YORK~~ COUNTY OF ___Morris_____

_____William W. Stroever_____, being duly sworn, deposes and says that (s)he is the Petitioner in the above entitled proceeding, that (s)he has read the foregoing Petition and that it is true to his/her own knowledge.

Subscribed and sworn to before me

this __23rd__ day of __November_____, _2010___

_Stephanie Hammer_____
Signature - Notary Public

_____
Printed Name - Notary Public

My Commission expires on _____

Stephanie Hammer
Notary Public
State of New Jersey
My Commission Expires January 26, 2012

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

**\*Please complete the attached Sponsor Affidavit and the attached Attorney E-Filing Registration form.  You may contact the clerk's office or select a date from the attached judges' monthly motion schedule for your admission to the bar.**

**Attorney E- Filing Registration Form:** This will enable the clerk's office to assign you a bar roll number and password for access to our Electronic Case Filing System (ECF).  Your bar roll number and password will allow you to electronically file documents, view and retrieve electronic docket sheets and documents and receive electronically court orders and notices for any action which you appear as attorney of record.  You will also receive future mailings regarding new rules and other general court announcements via e-mail.  **If your address should change, you must complete a new attorney e-filing registration form and promptly (within ten (10) days) of such change submit it to the Clerk.** (See Local Rule 83.1 (e))