

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**DAVID L. NOCILLY, ESQ.**
dnocilly@bsk.com
P: 315.218.8530
F: 315.218.8403

May 7, 2012

**VIA ELECTRONIC FILING**

Hon. David E. Peebles
U.S. Magistrate Judge
United States District Court Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, NY 13261-7345

Re:   *Defenshield Inc. v. First Choice Armor & Equipment, Inc. et al., No. 5:10-cv-01140-GTS -DEP*

Dear Judge Peebles:

We represent the plaintiff in the above-referenced case.

The parties jointly request a two-week adjournment of the Rule 16 conference currently scheduled before Your Honor on May 10, 2012 in light of ongoing settlement discussions.  This is the first request for an adjournment from either party.

Counsel for the defendants has consented to and joins in this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

**s/David L. Nocilly**

David L. Nocilly, 510759

CC: ALL COUNSEL OF RECORD VIA ECF

1991231.1

A Professional Limited Liability Company